BRENDA H. ENTZMINGER
Nevada Bar No. 9800
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALMETYA OLIVER,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., d/b/a WAL-MART; DOES I through V and ROE CORPORATIONS I through V, inclusive,<br><br>    Defendants. | Case No.: 2:15-cv-00270-MMD-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 17th day of September, 2015.　　　DATED this 18th day of Sept., 2015.

**TERRY LAW GROUP, PC**　　　　　　　　　　**PHILLIPS, SPALLAS & ANGSTADT**

_Zoe Terry_　　　　　　　　　　　　　　　　　_Brenda_ #13594

Zoe Terry, Esq.　　　　　　　　　　　　　　　Brenda H. Entzminger
410 S. Rampart Blvd., Ste 390　　　　　　　　　504 South Ninth Street
Las Vegas, Nevada 89145　　　　　　　　　　　Las Vegas, Nevada 89101
*Attorneys for Plaintiff*　　　　　　　　　　　　*Attorneys for Defendant*
*Almetya Oliver*　　　　　　　　　　　　　　　*Wal-Mart Stores, Inc.*

### ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 23rd day of September, 2015.

_____
**UNITED STATES DISTRICT JUDGE**